# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RYAN DAVIS** | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | ) Case No. 2:24-cv-01152-CCC-CLW |
| | ) |
| **BOUNCE AI, INC.,** | ) |
|     **Defendant.** | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of finalizing a Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as a soon as practicable, but respectfully request that the parties are given 30 days to file said Agreement.

Plaintiff is filing this Notice with Defendant's approval and permission.

Respectfully submitted:

/s/ Elliot M. Elo
Elliot M. Elo, Esq. PLLC
42 West 48th Street
2nd Floor
New York, NY, 10036
(212) 302-1257 (telephone)
ElliotEloEsq@aol.com (email) ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of April 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmittal of Notice and Electronic Filing to all counsel of record.

                /s/ Elliot M. Elo
                 Elliot M. Elo, Esq.